**IN RE CHRISTUS SANTA ROSA HEALTH SYSTEM d/b/a Christus Santa Rosa Hospital—New Braunfels**

NO. 03–14–00692–CV

Court of Appeals of Texas, Austin.

Filed: November 13, 2014

Edward Kroger, Leah Ann Greene, Houston, TX, for relator.

Richard John Kasson, Gonzales, Chiscano, Angulo & Kasson, PC, San Antonio, TX, for real party in interest.

Before Chief Justice Jones, Justices Rose and Goodwin

## MEMORANDUM OPINION

Melissa Goodwin, Justice

The petition for writ of mandamus is denied. *See* Tex.R.App. P. 52.8(a).